Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

KATRINA MARIE HUGHES

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-951

v.

COMMISSIONER OF SOCIAL SECURITY

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Judgment on the Pleadings is Denied, and that the Commissioner's Motion for Judgment on the Pleadings is Granted.

Date: March 1, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J.
       Deputy Clerk